UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEISHA MOORE,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.  2:14-cv-0820-TLN-KJN PS<br><br><br><br><br>ORDER |

Plaintiff Kenneisha Moore, proceeding in this action without counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)[1]

Plaintiff's declaration in support of her application to proceed in forma pauperis states that she is employed by the California Department of Health Care Services and earns wages of $5,100.00 per month, which translates to gross income of approximately $61,200.00 per year. (ECF No. 2.)  Plaintiff has two minor dependents.  (Id.)  According to the United States Department of Health and Human Services, the poverty guideline for a household of 3 people not residing in Alaska or Hawaii is $19,790 for 2014.  See http://aspe.hhs.gov/poverty/14poverty.cfm. Thus, with an annual gross income of approximately $61,200.00, plaintiff's income is more than 300% of the 2014 poverty guideline.  To be sure, plaintiff's application demonstrates that she has

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).

1

various monthly expenditures, including a $120 payment to the IRS, a $400 life insurance payment, and $400 in gas expenses. However, numerous litigants in this court have significant monthly expenditures, and may have to make difficult choices as to which expenses to incur, which expenses to reduce or eliminate, and how to apportion their income between such expenses and litigating an action in federal court. Such difficulties in themselves do not amount to indigency.

Presently, a filing fee of $400 is required to commence a civil action in this court. The court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1). Here, while the court is sympathetic to the fact that plaintiff has other expenses to pay, plaintiff's declaration nonetheless shows that she earns $61,200.00 per year—over 300% of the 2014 poverty guideline. Thus, plaintiff has made an inadequate showing of indigency. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

2. Within 28 days of this order, plaintiff shall pay the applicable filing fee or file an amended application demonstrating her entitlement to proceed in forma pauperis if she can do so in good faith in light of the court's above observations.

3. Plaintiff's failure to pay the filing fee or file an amended application by the above deadline will result in a recommendation that plaintiff's complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: April 7, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2