UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEISHA MOORE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No.  2:14-cv-0820-KJN PS<br><br><br><br>ORDER |

On June 18, 2015, plaintiff filed a request to dismiss the action with each side to bear its own fees and costs.  (ECF No. 27.)  Thereafter, on June 25, 2015, the Commissioner stipulated to plaintiff's request.  (ECF No. 29.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for dismissal (ECF No. 27) is granted.
2. Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with each side to bear its own fees and costs.
3. All pending motions (ECF Nos. 22, 26) are denied as moot.

////

////

1

4. The Clerk of Court shall vacate all dates and close this case.

IT IS SO ORDERED.

Dated: June 26, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE